## HITE v HITE et

Ohio Supreme Court

No. 21258.  Decided Feb 27, 1929

Syllabus by MARSHALL, CJ.

### DECEDENTS' ESTATES-Contracts (150 U2)

(220 D3)  An assignment by an heir apparent or presumptive of his expectancy in the estate of an ancestor is invalid and unenforceable in an action at law, because such a contract lacks one of the essential elements of a valid contract, to wit, a lawful subject-matter.

Such a contract is contrary to the policy of our laws and not favored by our courts, because of the danger that one party is defenseless and exposed to the demands of the other under the pressure of necessity.

After the death of the ancestor and the inheritence has become absolute and definable a court of equity will entertain jurisdiction of a suit to enforce performance of the contract and will decree performance if it is shown that no fraud or imposition has been practiced and that the contract was not made under pressure of necessity and that it is supported by an adequate consideration.

Kinkade, Jones, Day and Allen, JJ, concur.  Robinson and Matthias, JJ, dissent.

## SEWARD v NAT SURETY CO

Ohio Supreme Court

No. 21219.  Decided Feb 27, 1929

Syllabus by KINKADE, J.

### OFFICE & OFFICERS

(400 P5)  It is the duty of a poastmaster to keep safely all moneys that may come into his hands by virtue of his official position, and to account for and disburse the same as required by law and by the rules of the United States Post Office Department, promulgated pursuant to authority conferred by acts of congress.

When called upon to account for moneys that have come into his hands in his official capacity, it is not a sufficient answer to say that the moneys, have been stolen or embezzled by others, without fault or negligence on the part of the postmaster.

### GUARANTY

(280 S2)  The official bond given by a postmaster, with surety, obligating him to faithfully perform all the duties of the office to which he has been appointed, embraces the duty to account for and disburse the moneys that have come into his hands according to law.

(280 Sb)  A compensated surety on a postmaster's official bond, in the event of the failure of the postmaster to account for and disburse the money according to law, may pay to the government the balance due from the postmaster, and will thereby be subrogated to the right of the principal creditor, the government, in an action to recover the amount so paid by the surety.

In such action, when a postmaster admits the receipt of the money and offers only in justification of his refusal to account for and disburse the same according to law, that it has been embezzled by others, without negligence on his part, the subrogated surety is entitled to a directed verdict in its favor.

### TRIAL

(590 E31)  Courts take judicial notice of orders promulgated by the departments of government pursuant to acts of congress conferring authority so to promulgate rules.

Marshall, CJ, Robinson, Jones, Matthias, Day and Allen, JJ, concur.

## VAN TILBURG et v MARTIN et

Ohio Supreme Court

No 21238.  Decided Feb 27, 1929

Syllabus by ALLEN, J.

### DECEDENTS' ESTATES

(220 Wa)  In the case of a devise of real estate to A, and in case of A's death before taking possession or without issue of his body, over, the word "or," in view of the language of the whole will, may be construed as "and."  Hence the estate does not pass to the ulterior devisee unless both of the specified events occur.  Ward v Borrows, 2 Ohio St. 241, approved and followed.

Marshall, CJ, Kinkade, Robinson, Matthias and Day, JJ, concur.